**TF–HARBOR, L.L.C., Plaintiff–Appellant**

v.

**CITY OF ROCKWALL TEXAS; Rockwall Rental Properties, L.P., Defendants–Appellees.**

No. 14–10645.

United States Court of Appeals, Fifth Circuit.

Feb. 9, 2015.

Frederick W. Addison, III, Esq., Nolan Cornelius Knight, Christopher Kelley Rusek, Munsch, Hardt, Kopf & Harr, P.C., Dallas, TX, for Plaintiff–Appellant.

Lyndon Frank Bittle, Carrington, Coleman, Sloman & Blumenthal, L.L.P., Dallas, TX, John A. Koepke, Scott M. McElhaney, Jackson Walker, L.L.P., Dallas, TX, for Defendants–Appellees.

Before REAVLEY, JONES, and ELROD, Circuit Judges.

PER CURIAM: *

The court, having heard oral arguments in this appeal and studied the briefs and pertinent portions of the record, finds no reversible error of law or fact and affirms

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

essentially for the reasons stated in the trial court's careful opinion.

**AFFIRMED.**